UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                    CASE NO.  06-13711-BKC-  Rec #283312
ESPERANZA ZAMBRANA

NOV 1 3

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $    21.72  remaining in her bank
account which represents unpresented checks drawn and mailed to
debtor(s)/ creditor(s) in the above named case. Your trustee
has made a good faith effort to verify the correct mailing
address for said debtor(s)/Creditor(s) and deliver the funds
before presenting this notice. More than sufficient time has
passed for these checks to be presented for payment, or the
creditor has returned funds indicating they refuse the funds.

(  ) The trustee has a balance of $    .00   remaining in her bank
account which represents small dividends as defined by FRBP
3010.

       Attached and made a part of this notice is a list, pursuant
to FRBP 3011, of the names, Claim numbers and addresses
of the debtor(s)/creditor(s) and the amounts to which they are
entitled.

       WHEREFORE, your trustee hereby gives notice that the above
stated sum has been deposited with the Clerk of the U. S.
Bankruptcy Court, Southern District of Florida, to effect closing
of this estate.

NOV 1 2 2009

Date: _____

                                          _____
                                          NANCY N. HERKERT
                                          CHAPTER 13 TRUSTEE

Copies to:

ESPERANZA ZAMBRANA

4011 W 9TH LANE
HIALEAH, FL 33012

RICHARD ADAMS,ESQ.
ADAMS & ASSOCIATES, PA
1165 W 49 ST, SUITE 107
HIALEAH, FL 33012

CHEVRON CREDIT BANK, N.A.
2001 DIAMOND BLVD.
PO BOX 5010, SECT. 230
CONCORD, CA 94524-0010

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA


IN RE:                                CASE NO.   06-13711-BKC-
ESPERANZA ZAMBRANA


                                      CHAPTER 13


ESPERANZA ZAMBRANA

4011 W 9TH LANE
HIALEAH, FL 33012


RICHARD ADAMS,ESQ.
ADAMS & ASSOCIATES, PA
1165 W 49 ST, SUITE 107
HIALEAH, FL 33012

CHEVRON CREDIT BANK, N.A.      ---------$          21.72
2001 DIAMOND BLVD.
PO BOX 5010, SECT. 230
CONCORD, CA 94524-0010              UNDELIVERABLE/STALE
                                    CLAIM REGISTER# _3_

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130